CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
Phone: (702) 435-7968;
Fax:    1-702-825-8071
Email: attcbf@cox.net

ANTHONY I. PARONICH, ESQ.
BRODERICK & PARONICH, P.C.
99 High Street, Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080
Facsimile:  (617) 830-0327
Email: anthony@broderick-law.com

*Attorneys for Plaintiff Stewart Abramson and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SPERIAN ENERGY CORP, a Nevada corporation, DOMINIC PETERS, a Florida individual, DOMINIC PETERS, a Florida individual.<br>　　　　　　Defendants. | NO. 2:16-cv-02962<br><br>**STIPULATION OF DISMISSAL** |

　　　　The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case against the defendants. None of the rights of any putative class members (with the exception of the plaintiff) have been released, or are otherwise affected by this dismissal.

STIPULATION OF DISMISSAL - 1

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED AND DATED this 20th day of October, 2017. |

Plaintiff,

By: /s/ *Anthony I. Paronich*
    Anthony I. Paronich
    BRODERICK & PARONICH, P.C.
    99 High Street, Suite 304
    Boston, Massachusetts 02110
    Telephone: (617) 738-7080
    Facsimile: (617) 830-0327
    Email: anthon@broderick-law.com

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 24th day of October, 2017.

Defendant,

By: /s/ *David C. Layden*
    David C. Layden
    (*Pro Hac Vice*)
    JENNER & BLOCK LLP
    353 N. Clark St.
    Chicago, Illinois 60654
    Telephone: (312) 923-2796
    dlayden@jenner.com

### CERTIFICATE OF SERVICE

I, hereby certify that on October 20, 2017, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

    /s/ *Anthony I. Paronich*
    Anthony Paronich
    BRODERICK & PARONICH, P.C.

STIPULATION OF DISMISSAL - 2